UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

ISAIAH CHRISTOPHER,

                    Plaintiffs,

    -against-

THE CITY OF NEW YORK, SGT. KING,
SGT. VIVAR DIEGO, PO HARRIS HASKOVIC,
JOHN & JANE DOE POLICE OFFICERS,

                    Defendants.
------------------------------------------------X

Civ. No. 14 cv 508

**Affidavit of Service**

STATE OF NEW YORK:    )
                           ) ss.:
COUNTY OF NEW YORK    )

**Aminata Sall**, being duly sworn, deposes and says Deponent is not a party to this action, is over the age of eighteen years, and resides in the State of New York.

That on January 28, 2014 at approximately 11:07 a.m. at:

**NEW YORK CITY LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

Deponent served the within complaint and Summons on defendant **THE CITY OF NEW YORK** by personally delivering and handing a true copy of each to: Betty Mazyck, a person of suitable age and discretion. Description: Age: 57, Sex: F, Race: Black, Hgt. Seated, Wgt: 200, Hair: Black, Glasses: Y.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed in New York City in the State of New York.

_____
**Aminata Sall**

Sworn to me on January 28, 2014

_____
Notary Public

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 6/3/14