UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ISAIAH CHRISTOPHER,

                                    Plaintiffs,

                      -against-

THE CITY OF NEW YORK, SGT. KING,
SGT. VIVAR DIEGO, PO HARRIS HASKOVIC,
JOHN & JANE DOE POLICE OFFICERS,

                                  Defendants.
------------------------------------------------X

Civ. No. 14 cv 508

**Affidavit of Service**

STATE OF NEW YORK:    )
                             ) ss.:
COUNTY OF NEW YORK    )

**Richard W. Brown III**, being duly sworn, deposes and says Deponent is not a party to this action, is over the age of eighteen years, and resides in the State of New York.

That on May 7, 2014 at approximately 1:10 p.m. at:

**44TH PRECINCT**
**2 East 169th Street**
**Bronx, NY  10452**

Deponent served the within complaint and Summons on defendant **SGT. DIEGO VIVAR** by personally delivering and handing a true copy of each to: Unidentified Female Police Officer, a person of suitable age and discretion. Description: Age: 27, Sex: F, Race: Hispanic, Hgt. 5'4", Wgt: 130 lbs, Hair: Black, Glasses: N.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed in New York City in the State of New York.

_Richard W. Brown III_ (signature)
**Richard W. Brown III**

Sworn to me on May 7, 2014

_____
Notary Public

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 6/3/14