UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ISAIAH CHRISTOPHER,

                             **Plaintiffs,**                    Civ. No. 14 cv 508

      -against-

                                                           **Affidavit of Service**

THE CITY OF NEW YORK, SGT. KING,
SGT. VIVAR DIEGO, PO HARRIS HASKOVIC,
JOHN & JANE DOE POLICE OFFICERS,

                             **Defendants.**
-----------------------------------------------X

STATE OF NEW YORK:    )
                              ) ss.:
COUNTY OF NEW YORK  )

<u>Richard W. Brown III</u>, being duly sworn, deposes and says Deponent is not a party to this action, is over the age of eighteen years, and resides in the State of New York.

That on May 7, 2014 at approximately 2:10 p.m. at:

**Bronx Task Force**
**1278 Sedgwick Avenue**
**Bronx, NY 10452**

Deponent served the within complaint and Summons on defendant **P.O. HARRIS HASKOVIC** by personally delivering and handing a true copy of each to: <u>Unidentified Female Police Officer</u>, a person of suitable age and discretion. Description: Age: <u>57</u>, Sex: <u>F</u>, Race: <u>White</u>, Hgt. <u>5'7"</u>, Wgt: <u>175 lbs</u>, Hair: <u>Gray</u>, Glasses: <u>Y</u>.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed in New York City in the State of New York.

_[signature]_                                            Sworn to me on May 7, 2014
**Richard W. Brown III**

                                                                               Notary Public

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 6/3/14