

# GIORDANO LAW OFFICES PLLC

August 8, 2014

**VIA ECF AND FACSIMILE**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY  10007-1312
Fax: 212-805-7927

                        Re:    **Isaiah Christopher v. City of New York, et al.**
                                  **14 cv 508 (NRB)**

Your Honor:

      I write on behalf of Plaintiff in further response to the July 22, 2014 telephone call from Chambers regarding whether Plaintiff has received contact information for Defendant King from Defense Counsel so that Defendant King could finally be served with the summons and complaint.  I informed Chambers that we had not yet received any information from Defense Counsel Randall Elfenbein.  On July 23, 2014, I called and emailed Mr. Elfenbein to inform him of Chambers' inquiry and asked Mr. Elfenbein to provide an estimated time frame for receipt of such information.  When Mr. Elfenbein failed to reply, my office called Mr. Elfenbein on August 8, 2014.

      During the call, Mr. Elfenbein stated that the officers were coming, "hopefully," next week, and that he may be able to identify Defendant King after speaking with those officers.  Mr. Elfenbein again explained that he has been unable to identify Defendant King from the paperwork.  My office asked Mr. Elfenbein to contact us after this meeting to confirm whether or not he ascertains Defendant King's identity and service information so that we may send another status update to the Court.  I understand that my office will have 14 days from receipt of address information for King in order to serve him.

                                        Respectfully submitted,

                                        Carmen S. Giordano, Esq.

Cc Randall Elfenbein, Esq. (email and fax)

226 LENOX AVE, NEW YORK, NY 10027     WWW.GIORDANOLAWOFFICES.COM
PHONE (212) 406-9466     FAX (212) 406-9410     TOLL FREE (866) NYC-JUSTICE