UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
Isaiah Christopher,

                              Plaintiffs,              NOTICE OF APPEARANCE

      -against-

                                                        14 CV 0508 (NRB)

CITY OF NEW YORK, SGT. KING,
SGT. VIVAR DIEGO, PO HARRIS
HASKOVI, JOHN & JANE DOE
POLICE OFFICERS,

                              Defendants.
------------------------------------------------------------------- x

              **PLEASE TAKE NOTICE** that **Okwede Okoh**, Special Assistant Corporation Counsel, hereby appears as counsel of record for defendant The City of New York.  I am admitted to practice in this District.

Dated: New York, New York
          September 9, 2014

                                          ZACHERY W. CARTER
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendant City*
                                    100 Church Street, 3-158A
                                    New York, New York 10007
                                    (212) 356-3271
                                    ookoh@law.nyc.gov


                            By:               /s/
                                        Okwede Okoh
                                        Special Assistant Corporation Counsel


          **BY ECF**
cc:    **Carmen S. Giordano**
          Giordano Law Offices, LLC
          226 Lenox Ave
          New York, NY 10007