Buchwald, N.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ISAIAH CHRISTOPHER,

                               Plaintiff,

            -against-

City of New York, Sgt. King, Sgt. Vivar Diego, P.O. Harris Haskovic,

                               Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14 CIV 0508

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

                1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Giordano Law Offices, LLC<br>*Attorneys for Plaintiff*<br>226 Lennox Avenue<br>New York, NY 10007<br>212-406-9466<br><br>By: _____<br>Carmen Giordano<br>*Attorney for Plaintiff*<br><br><br>Dated: New York, New York<br>       October 31, 2014 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-158a<br>New York, New York 10007<br><br>By: _____<br>Okwede N. Okoh<br>*Assistant Corporation Counsel*<br><br>SO ORDERED:<br><br>_____<br>HON. NAOMI R BUCHWALD<br>UNITED STATES DISTRICT JUDGE |